IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR A. AICKLEN, JR., AND FRANCES G. AICKLEN** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 1:06:CV1233LTS-RHW** |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **DAVID G. COVERDALE AND CAROL S. COVERDALE** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 1:06:CV654-LTS-RHW** |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **ROBERT O. COWART AND YVONNE M. COWART** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 1:06:CV651LTS-RHW** |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **CHARLES DERBES AND DENICE DERBES** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 1:07:CV7LTS-RHW** |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **JAMES D. EVANS** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 1:06:CV1159LTS-RHW** |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **PARKER V. EVANS** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 1:06:CV1160LTS-RHW** |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **LYNN J. GRIMES AND SAMUEL G. GRIMES** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:07:CV70LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **TIM HOPE AND BETTY A. HOPE** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV415LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **THOMAS R. KELLOGG AND LORIE L. KELLOGG** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV533LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **JERRY W. KELLY d/b/a ROYAL PINE APARTMENTS** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV858LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **JERRY W. KELLY AND MARILYN C. KELLY** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV862LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **MARK MCNALLY** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:07:CV72LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **GENE C. REICH AND VERA REICH** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV1134LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **JAMES T. WARD AND CHERYL WARD** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV672LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **DAVID WELLS AND EILA WELLS** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV1135LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **SHIRLEY D. WILLIAMS** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:07:CV84LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **RICHARD ALARCON** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV225-LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **WILLIAM T. HIGDON, III** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV94LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **RICHARD MULLER AND NANCY MULLER** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV95LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | |
|---|---|
| **DONALD D. THOMAS** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV639LTS-RHW |
| **STATE FARM FIRE and CASUALTY COMPANY** | **DEFENDANTS** |

| | | |
|---|---|---|
| **FORREST STEVENS AND KELLY STEVENS** | | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV175LTS-RHW | |
| **STATE FARM FIRE and CASUALTY COMPANY** | | **DEFENDANTS** |

| | | |
|---|---|---|
| **FRANK THERRELL AND MARIE C. THERRELL** | | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV151LTS-RHW | |
| **STATE FARM FIRE and CASUALTY COMPANY** | | **DEFENDANTS** |

| | | |
|---|---|---|
| **JOSEPH LYNN DAVIES AND KATHLEEN DAVIES** | | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV183LTS-RHW | |
| **STATE FARM FIRE and CASUALTY COMPANY** | | **DEFENDANTS** |

| | | |
|---|---|---|
| **IRAKLIS GEROGIANNIS AND SHEILA BARBOLI GEROGIANNIS** | | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:06:CV942LTS-RHW | |
| **STATE FARM FIRE and CASUALTY COMPANY** | | **DEFENDANTS** |

### STATE FARM'S EMERGENCY MOTION TO COMPEL RETURN OF INADVERTENT PRODUCTION

**COMES NOW**, the Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), by and through one of its attorneys of record, Allen, Cobb, Hood & Atkinson, P.A., and for good cause and in good faith files this its Emergency Motion to Compel Return of Inadvertent Production applicable to all cases filed on behalf of clients of Owen, Galloway and Myers, and in support of same would respectfully show unto this Court the following, to-wit:

I.

Judge Senter issued an order in response to David Haddock's non-party motion

4

regarding the Plaintiffs' request for production of the David Haddock CAT PL documents. The Order issued July 18, 2007 ordered State Farm to produce the documents within three days while also ruling on the motions filed by Haddock's counsel. On July 18, 2007 without knowledge that David Haddock intended to appeal the order, local counsel for State Farm produced the subject. Upon learning of the intent to appeal the Order requiring production by David Haddock's counsel, local counsel requested return of the documents and was advised that the documents would not be returned.

In the Case Management Order re: Coordinated Document Production and Discovery, this Court addressed the inadvertent disclosure of documents. As the issue of whether or not the collection of documents is privileged is the subject of further appeal by David Haddock's personal counsel, State Farm would request that the procedure outlined in the Case Management Order be followed and that the electronic copy of the documents be returned to State Farm. The Case Management order states that "[n]o use whatsoever may be made of an inadvertently produced privilege image or of any information contained therein until such time as the producing party withdraws the claim of privilege." State Farm asserts that the claim of privilege has not been withdrawn and that the Plaintiffs should be barred from using the documents for any purpose whatsoever, pending expiration of the period for filing an appeal by David Haddock, individually.

**WHEREFORE, PREMISES CONSIDERED**, State Farm respectfully requests that this Court enter an order requiring the Plaintiffs to return or destroy the inadvertent production due to the pending appeal by David Haddock.

**RESPECTFULLY SUBMITTED**, this 20th day of July, 2007.

          **STATE FARM FIRE & CASUALTY COMPANY**
          **Defendant**

          **BY: ALLEN, COBB, HOOD & ATKINSON, P.A.**

          **BY:**   *s/ Margaret P. McArthur*
                **HARRY R. ALLEN, MSB #1364**
                **MARGARET P. MCARTHUR, MSB#100020**

**ALLEN, COBB, HOOD & ATKINSON, P.A.**
**Attorneys at Law**
**2512 25th Ave. - Suite 3 (39501)**
**Post Office Drawer 4108**
**Gulfport, MS  39502-4108**

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that I have this day served a true and correct copy of the above and foregoing **MOTION TO COMPEL RETURN OF INADVERTENT PRODUCTION,** via electronic service to the following:

>Ben F. Galloway
>Owen and Galloway
>1414 25TH Avenue
>Gulfport, MS 39501

**SO CERTIFIED**, this the 20th day of July, 2007.

>_s/ Margaret P. McArthur_
>HARRY R. ALLEN
>MARGARET P. MCARTHUR

**ALLEN, COBB, HOOD & ATKINSON, P.A.**
Attorneys at Law
2512 25th Avenue, Suite 3
Post Office Drawer 4108
Gulfport, MS 39502
Tele: (228) 864-4011
Fax : (228) 864-4852